## Matter of the Estate of MARIE HAUSELT, Deceased.

(Surrogate's Court, New York County, December, 1920.)

*Executors and administrators — temporary administrator should account before making distribution.*

APPLICATION by a temporary administrator to distribute.

Hunt, Hill & Betts, for petitioners.

FOLEY, S. This application by the temporary administrator to distribute what is in effect the entire balance of the estate is denied. It is contrary to the practice of this court and contrary to the law to authorize a distribution of this kind on an *ex parte* application. The estate originally amounted to $31,000, of which nearly $21,000 has already been paid out. The transfer tax has not been paid or even determined. The temporary administrator should follow the usual practice, file his accounting and cite the necessary parties. The very title of his office defines the limitations on his functions and duties. To make a distribution of the balance by order in the manner here sought might result in leaving no assets for the creditor whose claim has been filed and rejected. Although the time of the creditor to sue thereon may have expired, as stated in the moving

affidavit, the creditor has the right to have his claim determined and if allowed ordered paid upon the accounting of the temporary administrator. Code Civ. Pro., § 2681.

Application denied.